IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00075-KD-MU |
| JORGE ELIZONDO, | : |
| Defendant. | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 76) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Indictment is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **February 26, 2021 at 10:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile Alabama, 36602.

**DONE and ORDERED** this the **17th** day of **November 2020**.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**